# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1499

_____

LORI M. MOODY,

Appellant,

v.

EDWARD W. HORAN,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Jonathan Sjostrom, Judge.

October 29, 2025

PER CURIAM.

DISMISSED for lack of jurisdiction.

LEWIS, ROBERTS, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Lori M. Moody, pro se, Appellant.

Edward W. Horan, pro se, Appellee.